FILED
DATE: September 11, 2024
TIME: 11:02:18 AM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: A. Yeaman

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

Amber Fore,

Plaintiff,

vs.

American Airlines, Michele Battle; Monica Brunson, Communication Workers of America

Defendant.

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

FILE NUMBER: 24CV042139-590

JURY REQUESTED ☐

COMPLAINT

I, the Plaintiff(s), complaining of the Defendant(s), say and allege that

1. The Plaintiff is a citizen and resident of Mecklenburg County, North Carolina.

2. The Defendant is a citizen and resident of Mecklenburg County, North Carolina.

3. The Court has jurisdiction over this matter.

4. *(State what the Defendant has done to cause the damages you are claiming by listing each wrongful act separately)*

A. Wrongful termination of Employment on the basis of retaliation and discrimination

B. No access to a fair hearing of Arbitration

C. Emotional trauma and hardship during loss of wages and a fair hearing

D. Harsh punishment than peers with the group; mislead to alligations

WHEREFORE, the Plaintiff demands judgment against the Defendant for:

I am asking the court to award judgment against the Defendant(s) in the sum of $ 50,000.00
(state claimed damages)

I am also asking for reimbursement of my court costs and interest at the legal rate from the date of judgment.

For such other, further, and different relief to which the Plaintiff may be entitled.

This the 11 day of September, 2024.

Amber Fore
Plaintiff
2219 Irma Street
Address
Charlotte NC 28216
City/State/Zip
980-200-0094
Telephone

## VERIFICATION

__Amber Fore__ says that he/she is the Plaintiff in this matter, that he/she has read and understood this COMPLAINT and knows the contents to be true of his/her own personal knowledge, except for those matters and things set forth upon information and belief; and as to those matters and things, he/she believes them to be true.

_____
Plaintiff

Sworn to and subscribed before me this 11 day of September, 2024.

_____
Notary Public

My commission expires: 8/21/2028

[Notary Seal: HOLLY GNAGE, NOTARY PUBLIC, MECKLENBURG COUNTY, NC]

# STATE OF NORTH CAROLINA

Mecklenburg County

**File No.** 24CV042139-590

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
Amber Fore

**Address**
2219 Irma Street

**City, State, Zip**
Charlotte NC 28216

VERSUS

**Name Of Defendant(s)**
American Airlines
Michele Battle; Monica Brunson
Communication Workers of America;

# CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**
9-11-2024

**Date(s) Subsequent Summons(es) Issued**

To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
American Airlines
P.O. Box 619616 - DFW Airport
Fort Worth - Dallas TX 75261-9616

**Name And Address Of Defendant 2**
Communication Workers of America
7546 Tyvola Road Suite 115
Charlotte NC 28217

⚠️ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff)**
American Airlines
P.O. Box 619616 - DFW Airport
Fort Worth - Dallas TX 75261-9616

**Date Issued** 9-11-2024  **Time** 10:47 ☒ AM ☐ PM

**Signature** Andrew Yeaman

☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**  **Time** ☐ AM ☐ PM

**Signature**

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | **RETURN OF SERVICE** | |

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

FILED
DATE: September 11, 2024
TIME: 3:27:43 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: A. Yeaman

24CV042139-590

Amber Fore
2219 Irma Street
Charlotte NC 28216
CASE: 24CVD042139-590
980-200-0094
September 11, 2024

Communication Workers of America
Human Resources- Record Keeping
CWA- ALL parties involved in grievances
756 Tyvola Road Suite 115
Charlotte NC, 28217

Subject: Request to Preserve Employee Records

Dear CWA,

I hope this letter finds you well.

I am writing to formally request that American Airlines take necessary steps to preserve all records related to Amber Abrisha Fore until the conclusion of ongoing court proceedings. This request is made in connection with the ongoing legal issue.

The records in question include, but are not limited to, employment files, performance evaluations, payroll records, and any other documents or electronic data pertaining (emails) to Amber Abrisha Fore. Maintaining these records intact and unaltered is crucial to ensure the integrity of the judicial process and to facilitate a thorough and fair examination of the matter at hand.

Please confirm receipt of this letter and your agreement to comply with this request at your earliest convenience. Should you need further information or have any questions regarding this matter, feel free to contact me directly at 980-200-0094 or fore_amber@yahoo.com.

Thank you for your cooperation and prompt attention to this important request.

Sincerely,

Amber A. Fore

FILED
DATE: September 11, 2024
TIME: 3:27:04 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: A. Yeaman

24CV042139-590

Amber Fore
2219 Irma Street
Charlotte NC 28216
CASE: 24CVD042139-590
980-200-0094
September 11, 2024

American Airlines
Human Resources- Record Keeping
Michele Battle; Monica Brunson
5501 Josh Birmingham Parkway
Charlotte NC, 28219

Subject: Request to Preserve Employee Records

Dear Michele Battle,

I hope this letter finds you well.

I am writing to formally request that American Airlines take necessary steps to preserve all records related to Amber Abrisha Fore until the conclusion of ongoing court proceedings. This request is made in connection with the ongoing legal issue.

The records in question include, but are not limited to, employment files, performance evaluations, payroll records, and any other documents or electronic data pertaining (emails) to Amber Abrisha Fore. Maintaining these records intact and unaltered is crucial to ensure the integrity of the judicial process and to facilitate a thorough and fair examination of the matter at hand.

Please confirm receipt of this letter and your agreement to comply with this request at your earliest convenience. Should you need further information or have any questions regarding this matter, feel free to contact me directly at 980-200-0094 or fore_amber@yahoo.com.

Thank you for your cooperation and prompt attention to this important request.

Sincerely,

Amber A. Fore