IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| AMBER FORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:24-cv-00907-FDW-DCK |
| ) | |
| AMERICAN AIRLINES, MICHELE ) | |
| BATTLE, MONICA BRUNSON, and ) | |
| COMMUNICATIONS WORKERS OF ) | |
| AMERICA, ) | |
| ) | |
| Defendants. | |

**[PROPOSED ORDER] MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant American Airlines, Inc.'s Motion to for Extension of Time to Respond to Plaintiff's Complaint. Finding that there is good cause for the Motion and that the relief requested is just and appropriate, the Court ORDERS that the Motion be and hereby is GRANTED and the deadline for Defendant, American Airlines, Inc. to respond to Plaintiff's Complaint is extended up to and including November 5, 2024.

IT IS SO ORDERED.

Dated: _____

_____
United States District Court or Magistrate Judge

1