IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-907-FDW-DCK

| | |
|---|---|
| AMBER FORE, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| AMERICAN AIRLINES, MICHELLE BATTLE, MONICA BRUNSON, and COMMUNICATION WORKERS OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Local Counsel Trisha S. Pande on October 18, 2024.

Applicant Robert M. Weaver seeks to appear as counsel *pro hac vice* for Defendant Communications Workers of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Robert M. Weaver is hereby admitted *pro hac vice* to represent Defendant Communications Workers of America.

**SO ORDERED**.

Signed: October 18, 2024

David C. Keesler
United States Magistrate Judge